Layne H. Melzer (State Bar No. 132292)
lmelzer@rutan.com
Karen E. Walter (State Bar No. 186934)
kwalter@rutan.com
Gerard M. Mooney (State Bar No. 222137)
gmooney@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:    714-546-9035

Attorneys for Defendant,
NATIONWIDE CREDIT INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILTERDING, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE CREDIT, INC.,<br><br>Defendant. | Case No. 1:14-CV-00478--SAB<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO RESCHEDULE SCHEDULING CONFERENCE** |

The Court is in receipt of the parties' Stipulation Requesting a 30-Day Continuance of the Scheduling Conference currently scheduled for September 30, 2014.  Consistent with the parties' Stipulation and good cause appearing, the Court hereby continues the Scheduling Conference to ***October 28, 2014 at 2:15 p.m.***  Deadlines triggered by the Scheduling Conference (such as the deadline to submit the Rule 26(f) Scheduling Conference Report and to exchange initial disclosures) shall be reset based on the new Scheduling Conference date.

IT IS SO ORDERED.

Dated:   **September 18, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

-1-