UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN WILTERDING, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>    **PLAINTIFF(S),**<br>**V.**<br><br>**NATIONWIDE CREDIT, LLC,**<br><br>    **DEFENDANT.** | Case No.:  1:14-CV-00478-MCE-SAB<br><br>**ORDER** |

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the Parties, this case is DISMISSED with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.  Each party shall bear their own costs and expenses.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  November 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT